| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>White, Jeffrey S. | 2. Court or Organization<br><br>U.S. District, Northern Calif | 3. Date of Report<br><br>05/06/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>     magistrate judges indicate full- or part-time)<br><br>U.S. District Court Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address<br><br>U.S. District Court, Northern District of Calif.<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
|---|

| IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* |
|---|

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/06/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Jan - Dec | Orrick Herrington Defined Benefit Plan | $23,400.00 |
| 2. Jan- April | UC Hastings College of Law - Teaching | $1,530.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Jeffrey S.** | 05/06/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ISHARES MSCI Eafe Index Fund | A | Dividend | K | T | | | | | |
| 2. GMAC 0% Bond | | None | K | T | | | | | |
| 3. ISHARES DJ US Basic Materials | A | Dividend | K | T | | | | | |
| 4. ISHARES Goldman Sach Tech 1 | A | Dividend | | | Sold | 06/22/12 | L | E | |
| 5. ISHARES US Consumer Noncyclic | B | Dividend | L | T | | | | | |
| 6. ISHARES US Consumer Cyclic | A | Dividend | K | T | Sold (part) | 07/20/12 | K | D | |
| 7. ISHARES DJ US Energy Sector | B | Dividend | L | T | | | | | |
| 8. ISHARES DJ US Financial Sector | A | Dividend | K | T | | | | | |
| 9. ISHARES DJ US Healthcare Sector | B | Dividend | L | T | | | | | |
| 10. ISHARES DJ US Telecommunications | B | Dividend | K | T | | | | | |
| 11. ISHARES DJ US Utilities Sector | B | Dividend | K | T | | | | | |
| 12. Consumer Discrectionary Sector SPDR | B | Dividend | L | T | | | | | |
| 13. Consumer Staples Select Sector SPDR Trust | C | Dividend | L | T | | | | | |
| 14. Financial Select Sector SPDR | A | Dividend | L | T | | | | | |
| 15. Health Care Select Sector SPDR | B | Dividend | L | T | Buy (add'l) | 07/20/12 | K | | |
| 16. Industrial Select Sector SPDR | B | Dividend | L | T | | | | | |
| 17. Technology Select Sector SPDR | A | Dividend | | | Sold | 06/22/12 | M | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Legg Mason Clearbridge Diversified Large Cap Growth Fund | A | Dividend | J | T | | | | | |
| 19. ISHARES - S&P Euro 350 Index | A | Dividend | | | Sold | 07/20/12 | K | | |
| 20. Oppenheimer Intl Diverisfied Fund Class A | A | Dividend | K | T | | | | | |
| 21. Oppenheimer Main Street Oppo. Fund Class A | A | Dividend | K | T | | | | | |
| 22. Oppenheimer Main Street Small Cap Fund Class A | A | Dividend | K | T | | | | | |
| 23. Oppenheimer Equity Fund Class A | A | Dividend | K | T | | | | | |
| 24. SPDR Homebuilders ETF | A | Dividend | K | T | | | | | |
| 25. iShares Dow Jones U.S. Real Estate Index | A | Dividend | J | T | | | | | |
| 26. Ally Bank CDs | A | Interest | K | T | | | | | |
| 27. Guggenheim BRIC ETF | A | Dividend | K | T | | | | | |
| 28. California St Economic Receovery CA GO 5.25% | B | Interest | | | Matured | 06/22/12 | K | | |
| 29. California St CA GO 5% | B | Interest | K | T | | | | | |
| 30. Provident Credit Union | A | Interest | K | T | | | | | |
| 31. Orrick Investments 2000 LLC | A | Int./Div. | J | U | | | | | |
| 32. Pollock Montgomery Washington Tower Investors II Partnership | A | Int./Div. | K | U | | | | | |
| 33. Lincoln Financial Annuity - Lincoln VIP Moderate Profile | | None | M | T | | | | | |
| 34. Lincoln Financial Annuity - Lincoln Choice Plus | | None | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pollock 2007-2008 Independent Investors, LLC | A | Int./Div. | K | U | | | | | |
| 36. Pollock 2006 Properties Preference Return, LLC | D | Interest | M | U | | | | | |
| 37. Schwab US Treasury Fund Sweep | A | Int./Div. | K | T | | | | | |
| 38. California St CA GO 2% | A | Interest | K | T | Buy | 04/13/12 | K | | |
| 39. Pebblebrook Hotel 8% Perferred | | None | J | T | Buy | 12/27/12 | J | | |
| 40. | | | | | | | | | |
| 41. Citigroup IRA # 1 | D | Int./Div. | M | T | | | | | |
| 42. -MFS Total Return Fund A | | | | | | | | | |
| 43. -Citibank NA South Dakota Bank Deposit Program | | | | | | | | | |
| 44. -Legg Mason ClearBridge Fdmtl AL CP Value Fund Cl A (Note 1) | | | | | | | | | |
| 45. -Reynolds American In 7.5 % Bond | | | | | Matured | 12/7/12 | J | | |
| 46. -Textron Inc 6.5% Bond | | | | | Matured | 12/7/12 | J | | |
| 47. - Alcoa Inc 6% Bond | | | | | | | | | |
| 48. -Entergy New Orleans Inc 5.25% Bond | | | | | | | | | |
| 49. - Dow Chemical Co 6.85% Debs | | | | | | | | | |
| 50. -Airgas Inc 2.85% Bond | | | | | | | | | |
| 51. -Amerian Express Credit Corp 3% Bond | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Hartford Finl Services Group 4.75% Bond | | | | | | | | | |
| 53. -Morgan Stanley Global Sub 4.75% Notes | | | | | | | | | |
| 54. -Bank of America 5.375% Notes | | | | | | | | | |
| 55. -Fortune Brands Inc 6.375% Bond | | | | | | | | | |
| 56. -Genworth Financial 5.75% Bond | | | | | | | | | |
| 57. -Southwest Airlines Co 5.25% Notes | | | | | | | | | |
| 58. -Sunoco Inc 4.875% Bonds | | | | | | | | | |
| 59. -General Elec Cap Corp Medium Term 2.95% Bond | | | | | Buy | 06/04/12 | K | | |
| 60. -Wells Farbo & Co New Medium Term 2.1% Bond | | | | | Buy | 06/01/12 | K | | |
| 61. | | | | | | | | | |
| 62. Citigroup IRA # 2 | A | Int./Div. | K | T | | | | | |
| 63. -MFS Total Return Fund A | | | | | | | | | |
| 64. -Citibank NA South Dakota Bank Deposit Program | | | | | | | | | |
| 65. -Legg Mason ClearBridge Fdmtl AL CP Value Fund Cl A (Note 1) | | | | | | | | | |
| 66. -Bank Of America Corp 4.875% Bonds | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. Charles Schwab - IRA Rollover | F | Int./Div. | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Financial Select Sector SPDR | | | | | | | | | |
| 70. -India Fund, Inc | | | | | | | | | |
| 71. -Industrial Select Sect SPDR | | | | | | | | | |
| 72. -ISHARES FTSE/Xinua China 25 | | | | | | | | | |
| 73. -ISHARES - MSCI Australia Index | | | | | | | | | |
| 74. -ISHARES - MSCI Canada Index | | | | | | | | | |
| 75. -ISHARES - MSCI EAFE Index Fund | | | | | | | | | |
| 76. -ISHARES - MSCI Emerging Markets Index | | | | | | | | | |
| 77. -ISHARES - MSCI Malaysia Index | | | | | | | | | |
| 78. -ISHARES - S&P Europe 350 Index (Y) | | | | | | | | | |
| 79. -ISHARES - S&P Latin America 400 Index | | | | | | | | | |
| 80. -ISHARES - Global Industrials | | | | | | | | | |
| 81. -Phoenix Co 7.45% Preferred | | | | | Sold | 12/24/12 | J | | |
| 82. -Conoco Phillips Bond 4.4% | | | | | Sold | 08/17/12 | L | B | |
| 83. -Disney (Walt) Company 6.375% Bond | | | | | Matured | 03/01/12 | L | | |
| 84. -General Electric Cap Corp 5.25% Bond | | | | | Matured | 10/19/12 | L | | |
| 85. -General Electric Capital Corp 6% Bond | | | | | Matured | 06/15/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -General Electric Captial Corp 4.8% Bond | | | | | | | | | |
| 87. -Goldman Sachs Group Inc 5.45% Bond | | | | | Matured | 11/1/12 | L | | |
| 88. -Hewlett-Packard Co 5.25% Bond | | | | | Matured | 03/01/12 | M | | |
| 89. -PepsiCo Inc 4.65% Bond | | | | | | | | | |
| 90. -Verizon Communications 4.35% Bonds | | | | | Redeemed | 12/11/12 | L | A | |
| 91. -Du Pont de Nemours 5.00% | | | | | | | | | |
| 92. -California St CA GO- Taxable 4.85% | | | | | | | | | |
| 93. -Caterpillar - Fiancial Services Corp 6.2% | | | | | | | | | |
| 94. -Dell Inc 5.625% | | | | | | | | | |
| 95. -Hewlett Packard - Electronic Data System 6% | | | | | | | | | |
| 96. -IBM Corp 6.5% | | | | | | | | | |
| 97. -Wyeth (Pfizer) 5.5% | | | | | | | | | |
| 98. -iShares MSCI Turkey Index | | | | | | | | | |
| 99. -Berkshire Hathaway Bond 4.5% | | | | | | | | | |
| 100. -California St CA GO- Taxable 3% | | | | | Matured | 03/1/12 | K | | |
| 101. -California St CA GO- Taxable 3.95% | | | | | | | | | |
| 102. -California St CA GO- Taxable 6.2% | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Illinois State GO- Taxable 2.766% | | | | | Matured | 01/1/12 | K | | |
| 104. -Hershey Company 5% Bond | | | | | | | | | |
| 105. -California St CA GO-Taxable 5.2% | | | | | Buy (add'l) | 11/26/12 | K | | |
| 106. -Chesapeake Energy Corp 7.375% | | | | | | | | | |
| 107. -Energy Select Sector SPDR | | | | | | | | | |
| 108. -Ford Motor Credit Notes | | | | | | | | | |
| 109. -Metlife Inc 5% Bond | | | | | | | | | |
| 110. -Petrobras Int Fin Co 3.875% Bond | | | | | | | | | |
| 111. -Pitney Bowes Inc 5% Bond | | | | | | | | | |
| 112. -Royal Caribbean Cruises 7% Bond | | | | | | | | | |
| 113. -Schwab US Treasury Fund Sweep | | | | | Buy (add'l) | 07/01/12 | M | | |
| 114. -Aegon NV 4.625% Bond | | | | | Buy | 04/10/12 | K | | |
| 115. -American Intl Group 5.05% Bond | | | | | Buy | 08/22/12 | K | | |
| 116. -ArcelorMittal 4.25% Bond | | | | | Buy | 04/03/12 | K | | |
| 117. -Avon Products Inc 5.625% Bond | | | | | Buy | 08/28/12 | K | | |
| 118. -Best Buy Co 3.75% Bond | | | | | Buy | 03/20/12 | K | | |
| 119. -Capital One Bank 7.375% Bond | | | | | Buy | 03/21/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Computer Sciences Corp 6.5% Bond | | | | | Buy | 08/20/12 | L | | |
| 121. -Deutsche Bank 8.05% Preferred Stock | | | | | Buy | 12/24/12 | J | | |
| 122. -Hanes Brand Inc 8% | | | | | Buy | 10/31/12 | K | | |
| 123. | | | | | Matured (part) | 12/27/12 | J | | |
| 124. -Hewlett Packard 3% Bond | | | | | Buy | 3/20/12 | K | | |
| 125. | | | | | Buy (add'l) | 9/11/12 | K | | |
| 126. -Limited Brands Inc 5.25% Bond | | | | | Buy | 3/23/12 | K | | |
| 127. -Limited Brands Inc 6.9% Bond | | | | | Buy | 6/20/12 | L | | |
| 128. -Manulife Financial Corp 3.4% Bond | | | | | Buy | 03/28/12 | K | | |
| 129. -Morgan Stanley 2.875% Bond | | | | | Buy | 03/27/12 | K | | |
| 130. -Morgan Stanley 4% Bond | | | | | Buy | 12/7/12 | K | | |
| 131. -Parmaceutical HOLDRs Trust Common Stock | | | | | Buy | 11/21/12 | K | | |
| 132. -Prudential Financial Inc 6.2% Bond | | | | | Buy | 3/28/12 | K | | |
| 133. -R.R. Donnelley 5.5% Bond | | | | | Buy | 11/5/12 | K | | |
| 134. -Southwest Airlines Co 5.25% Bond | | | | | Buy | 11/26/12 | K | | |
| 135. -Xerox Corporation 4.25% Bond | | | | | Buy | 12/31/12 | K | | |
| 136. -Zions Bancorp 4.5% Bond | | | | | Buy | 3/23/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. Schwab IRA Account | A | Int./Div. | L | T | | | | | |
| 139. -Guggenheim BRIC ETF | | | | | | | | | |
| 140. -Powershares QQQ Nasdaq 100 | | | | | | | | | |
| 141. -iShares S&P 500/Barr Browth | | | | | Sold (part) | 04/04/12 | J | A | |
| 142. -iShares S&P Global 100 | | | | | | | | | |
| 143. -Schwab US Treasury Fund - Sweep | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/06/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeffrey S. White**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544